CANADY, J.,
concurring in part and dissenting in part.
Because I am concerned that requiring prior judicial approval for the cancellation of foreclosure sales may produce untoward results, I dissent from the adoption of form 1.996(b). I would have instead adopted the proposal suggested by the Real Property, Probate, and Trust Law Section for the addition of a paragraph to the form final judgment of foreclosure stating that a foreclosure sale shall not begin until a representative of the plaintiff *560 is present and that the plaintiff has the right to cancel the sale upon notice to the clerk.
POLSTON, J., concurs.
APPENDIX
RULE 1.110. GENERAL RULES OF PLEADING
(a) [no change]
(b) Claims for Relief. A pleading which sets forth a claim for relief, whether an original claim, counterclaim, crossclaim, or third-party claim, must state a cause of action and shall contain (1) a short and plain statement of the grounds upon which the court’s jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the ultimate facts showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief to which the pleader deems himself or herself entitled. Relief in the alternative or of several different types may be demanded. Every complaint shall be considered to demand general relief.
When filing an action for foreclosure of a mortgage on residential real property the complaint shall be verified. When verification of a document is required, the document filed shall include an oath, affirmation, or the following statement:
“Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.”
(c)-(h) [no change]
Committee Notes [no change]
FORM 1.924. AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY
I, (full legal name) _ (individually or an Employee of
), being sworn, certify that the following information is true:
1, I have made diligent search and inquiry to discover the current residence of , who is [over 18 years old] [under 18 years old] [age is unknown] (circle one). Refer to checklist below and identify all actions taken (any additional information included such as the date the action was taken and the person with whom you spoke is helpful) (attach additional sheet if necessary):
[check all that apply]
Inquiry of Social Security Information
Telephone listings in the last known locations of defendant’s residence
Statewide directory assistance search
Internet people finder search {specify sites searched}
Voter Registration in the area where defendant was last known to reside.
Nationwide Masterfile Death Search
Tax Collector’s records in area where defendant was last known to reside.
Tax Assessor’s records in area where defendant was last known to reside
Department of Motor vehicle records in the state of defendant’s last known address
Driver’s License records search in the state of defendant’s last known address.
Department of Corrections records in the state of defendant’s last known address.
*561 [[Image here]]
Regulatory agencies for professional or occupational licensing.
Inquiry to determine if defendant is in military service.
Last known employment of defendant.
{List all additional efforts made to locate defendant}
[[Image here]]
Attempts to Serve Process and Results
_ I inquired of the occupant of the premises whether the occupant knows the location of the borrower-defendant, with the following results:
[[Image here]]
2. _current residence [check one only]
. a. ’s current residence is unknown to me
b. ’s current residence is in some state or country other than Florida and ,’s last known address is:
. c. The , having residence in Florida, has been absent from Florida for more than 60 days prior to the date of this affidavit, or conceals him (her) self so that process cannot be served personally upon him or her, and I believe there is no person in the state upon whom service of process would bind this absent or concealed
I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment. Dated:
Signature of Plaintiff
Printed Name:
Address:
City, State, Zip:
Phone:
Telefacsimile:
STATE OF COUNTY OF
Sworn to or affirmed and signed before me on this day of , 20 by
NOTARY PUBLIC, STATE OF
(Print, Type or Stamp Commissioned Name of Notary Public)
_ Personally known _ Produced identification — Type of identification produced:
NOTE: This form is used to obtain constructive service on the defendant.
FORM 1.996(a). FINAL JUDGMENT OF FORECLOSURE
FINAL JUDGMENT
This action was tried before the court. On the evidence presented
*562 IT IS ADJUDGED that:
1. Plaintiff, .(name and address) ., is due ■■■■■: . as principal, as interest to ■ date-of this judgment,-^ ... for title, -search-expense, $.for taxes, $. ■. .-.-.--f-or-insurance premiums, for-attorneys’ fees, with ■$■■:■■■... for court costs now taxed, less $.for undisbursed escrow funds and less ⅞.. -.. for unearned insuranee-premh-ums, under the -note and mortgage sued on in this--action, making a -total — sum^-of $....that-shall-bear interest at the rate of.--.--%-a-yearr
Principal $.
Interest to dale of this .judgment .
Title search expense .
Taxes .
Attorneys’ fees
Finding as to reasonable number of hours: .
Finding as to reasonable hourly rate: .
Attorneys’ fees total .
Court costs, now taxed .
Other:. .
Subtotal $.
LESS: Escrow balance .
LESS: Other. .
TOTAL $.
that shall bear interest at the rate of ... % a year.
2. Plaintiff holds a lien for the total sum superior to anyall claims or estates of defendant(s),.(name and address; and soeiab-security number if known) »■■■■■=■■■■■.-,■ on the following described property in .County, Florida:
(describe property)
3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale on .... (date)...., between 11:00 a.m..and 2:00 p.m. to the highest bidder for cash, except as prescribed in paragraph 4, at the ... door-of-the-courthouse ialocated at .(street address of courthouse). in . County in .... .■■-^■■.-.■■;-:---.-^(name of city)., Florida, in accordance with section 45.031, Florida Statutes-, using the following method (CHECK ONE): fl At .... (location of sale at courthouse; e.g., north door)...., beginning at .... (time of sale).... on the prescribed date.
PI By electronic sale beginning at .(time of sale).on the prescribed date at.(website).
4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiffs bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of ¾ as is necessary to pay the bid in full.
5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiffs costs; second, documentary stamps affixed to the certificate; third, plaintiffs attorneys’ fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.
6. On filing the certificate of titlesale, defendant(s) and all persons claiming under or against defendants) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the propert-yand the purchaser-at-the-sale, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title *563 shall be let into possession of the property. If any defendant remains in possession of the property, the clerk shall without further order of the court issue forthwith a writ of possession upon request of the person named on the certificate of title.
7. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, writs-of-possession and ¡^deficiency judgment. IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.
IF YOU ARE A SUBORDINATE LIEN-HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.
[If the property being foreclosed on has qualified for the homestead tax exemption in the most recent approved tax roll, the final judgment shall additionally contain the following statement in conspicuous type:]
IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, (INSERT INFORMATION FOR APPLICABLE COURT) WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.
IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT (INSERT LOCAL OR NEAREST LEGAL AID OFFICE AND TELEPHONE NUMBER) TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT (NAME OF LOCAL OR NEAREST LEGAL AID OFFICE AND TELEPHONE NUMBER) FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.
ORDERED at ., Florida, on.(date).
Judge
NOTE: Paragraph 1 must be varied in accordance with the items unpaid, claimed, and proven. The form does not provide *564 for an adjudication of junior lienors’ claims nor for redemption by the United States of America if it is a defendant. The address of the person who claims a lien as a result of the judgment must be included in the judgment in order for the judgment to become a lien on real estate when a certified copy of the judgment is recorded. Alternatively, an affidavit with this information may be simultaneously recorded. For the specific requirements, see section 55.10(1), Florida Statutes; Hott Interiors, Inc. v. Fostoclc, 721 So.2d 1236 (Fla. 4th DCA 1998). — The address and social security number - (if-known) of each — person against-whom the judgment is rendered must be included in-the-judgment, pursuant to-section 55.01(2), Florida Statutes.
Committee Notes
1980 Amendment. The reference to writs of assistance in paragraph 7 is changed to writs of possession to comply with the consolidation of the 2 writs.
2010 Amendment. Mandatory statements of the mortgagee/property owner’s rights are included as required by the 2006 amendment to section 45.031, Florida Statutes. Changes are also made based on 2008 amendments to section 45.031, Florida Statutes, permitting courts to order sale by electronic means.
Additional changes were made to bring the form into compliance with chapters 718 and 720 and section 45.0315, Florida Statutes, and to better align the form with existing practices of clerks and practitioners. The breakdown of the amounts due is now set out in column format to simplify calculations. The requirement that the form include the address and social security number of all defendants was eliminated to protect the privacy interests of those defendants and in recognition of the fact that this form of judgment does not create a personal final money judgment against the defendant borrower, but rather an in rem judgment against the property. The address and social security number of the defendant borrower should be included in any deficiency judgment later obtained against the defendant borrower.
FORM 1.996(b). MOTION TO CANCEL AND RESCHEDULE FORECLOSURE SALE
Plaintiff moves to cancel and reschedule the mortgage foreclosure sale because:
1. On this Court entered a Final Judgment of Foreclosure pursuant to which a foreclosure sale was scheduled for ,20
2. The sale needs to be canceled for the following reason(s):
a. Plaintiff and Defendant are continuing to be involved in loss mitigation;
b. Defendant is negotiating for the sale of the property that is the subject of this matter and Plaintiff wants to allow the Defendant an opportunity to sell the property and pay off the debt that is due and owing to Plaintiff.
c. Defendant has entered into a contract to sell the property that is the subject of this matter and Plaintiff wants to give the Defendant an opportunity to consummate the sale and pay off the debt that is due and owing to Plaintiff.
d. Defendant has filed a Chapter Petition under the Federal Bankruptcy Code;
e. Plaintiff has ordered but has not received a statement of value/appraisal for the property;
f. Plaintiff and Defendant have entered into a Forbearance Agreement; g. Other
*565 3. If this Court cancels the foreclosure sale, Plaintiff moves that it be rescheduled.
I hereby certify that a copy of the foregoing Motion has been furnished by U.S. mail postage prepaid, facsimile or hand delivery to this day of, 20.
NOTE. This form is used to move the court to cancel and reschedule a foreclosure sale.